**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

**No. 00-60337**

_____

**KEITH D. BROWN,**

**Plaintiff-Appellee,**

**versus**

**FRAZIER BOLTON; ET AL.,**

**Defendants,**

**FRAZIER BOLTON; RONALD MASON, JR., DR.,**

**Defendants-Appellants.**

**Appeal from the United States District Court**
**for the Southern District of Mississippi**
**(3:99-CV-215-LN)**

**May 14, 2001**

Before POLITZ and BARKSDALE, Circuit Judges, and FALLON,[1] District Judge.

PER CURIAM:[2]

Having considered the briefs, pertinent parts of the record, and the arguments of counsel, and concluding that the speech at issue involved a matter of public concern, the judgment is

*AFFIRMED.*

---

[1]    District Judge of the Eastern District of Louisiana, sitting by designation.

[2]    Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should *not* be published and is *not* precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.